IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANK PIERSON,<br>    PLAINTIFF, | § § § § | |
| V. | § § § | CASE NO. 4:21-CV-00691-ALM |
| SALLY BEAUTY SUPPLY, LLC,<br>AND/OR<br>SALLY BEAUTY HOLDINGS,<br>INC., d/b/a SALLY BEAUTY<br>SUPPLY,<br>    DEFENDANT. | § § § § § § § § | |

**THE PARTIES' RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

To the Honorable Judge of said Court:

Comes now all Parties to this Action, by and through his attorney or record, and files this their Rule 41 his Notice of Nonsuit with Prejudice, stating as follows:

**PROCEDURAL BACKGROUND**

1.    This case was stayed by the Court on October 27, 2021, pending the arbitration of the matter (Dkt. 11). Prior to the Stay, Defendants had filed an answer.

2.    The Parties respectfully report that they have resolved their dispute while it was within the arbitration forum, and that as a part of this resolution all matters between the Parties have been resolved between the Parties within the Arbitration Forum and without need of additional relief from this honorable Court.

**STIPULATED DISMISSAL WITH PREJUDICE**

Therefore, the Parties respectfully stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this case and all claims and actual or potential counterclaims are dismissed with prejudice. Although this Stipulated Dismissal is otherwise self-executing under Rule 41, the

Parties respectfully requests, if the Court deems it necessary or prudent, that the Court enter such other or further order or docket entry as necessary to close this case without the need of any additional relief in any form for either party.

                                               RESPECTFULLY SUBMITTED,

*/s/ Eric N. Roberson*

_____
Eric Roberson
State Bar No. 00792803
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, TX 75204
214-379-0817 Direct
214.969.9099
214.379.0843 Fax
ENR@KilgoreLaw.com
**ATTORNEY FOR PLAINTIFF**
**FRANK PIERSON**

*/s/ Jeremy W. Hawpe*

Jeremy W. Hawpe (Lead Counsel)
Texas State Bar No. 24046041
Jamie Lauren Strickler
Texas State Bar No. 24071192
LITTLER MENDELSON P.C.
2001 Ross Avenue Suite 1500, Lock Box 116 Dallas, TX 75201.2931
214.880.8100
214.880.0181 (Fax)
jhawpe@littler.com
jstrickler@littler.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE AND STIPULATION

  The undersigned certifies that he has conferred with Defense Counsel by email, that a copy of this Document was provided therein, and that the Defendant agreed that the Plaintiff may file this document as a Stipulated Dismissal with the electronic signature of Defense Counsel affixed thereon.

*/s/ Eric N. Roberson*

_____
Eric Roberson

## CERTIFICATE OF SERVICE

  The undersigned certifies that all counsel of record will be served this document simultaneously upon filing by ECF.

*/s/ Eric N. Roberson*

_____
Eric Roberson

**RULE 41 STIPULATION OF DISMISSAL - Page  3 of 3**